# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jabba2121, LLC,                                        Chapter          7
dba Masterclean,

      **Debtor 1**                                     Case No.         1:23−bk−00622−HWV


Social Security No.:

Employer's Tax I.D. No.:
                84−2533333

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

           **Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  August 16, 2023

**fnldec** (01/22)